**Opinion filed January 30, 2009**



In The

# Eleventh Court of Appeals

_____

## No. 11-09-00024-CV

_____

## CLYDE RICHARD WOOLFOLK, JR., Appellant

## V.

## SUSAN GAYE WOOLFOLK, Appellee

**On Appeal from the 367th District Court**

**Denton County, Texas**

**Trial Court Cause No. 2006-50735-367**

## M E M O R A N D U M   O P I N I O N

The parties have filed in this court a joint motion to dismiss the appeal. The motion is granted, and the appeal is dismissed.

PER CURIAM

January 30, 2009

Panel consists of: Wright, C.J.,
McCall, J., and Strange, J.